# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/30/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
| Roy M. Compton III<br>P.O. Box 4249<br>Kailua–Kona, HI 96745 | Amy N. Compton<br>P.O. Box 4249<br>Kailua–Kona, HI 96745 |
| Case Number:<br>10–03326 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–6673<br>xxx–xx–6195 |
| Attorney for Debtor(s) (name and address):<br>Lisa M. Volquardsen<br>Lisa M. Volquardsen, Esq, LLLC<br>75–5706 Hanama Place, Suite 102<br>Kailua–Kona, HI 96740<br>Telephone number: 808.329.3323 | Bankruptcy Trustee (name and address):<br>David C. Farmer<br>David C. Farmer Attorney at Law LLLC<br>P.O. Box 4379<br>Honolulu, HI 96812–4379<br>Telephone number: 808 222.3133 |

## Meeting of Creditors

Date: **December 14, 2010**          Time: **10:00 AM**

Location: **Hilo State Office Building, 75 Aupuni Street, 1st Floor, Hilo, HI 96720**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 2/14/11**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813<br>Telephone number: (808) 522–8100 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: 10/31/10 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. <br><br> A statement asserting that the debtor is ineligible to receive a discharge because 11 U.S.C. § 522(q)(1) may be applicable must be filed not later than the deadline to file a complaint objecting to discharge. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Property Under $2,500 | Unless an objection is filed within 21 days after the date of this notice, the trustee may sell property of the estate without further notice or hearing if the property's aggregate gross value is less than $2,500. |

## Refer to Other Side for Important Deadlines and Notices

U.S. Bankruptcy Court - Hawaii   #10-03326   Dkt # 6   Filed  11/03/10   Page 2 of 4

# CERTIFICATE OF NOTICE

Description/off: 0975-1

```
District/off: 0975-1          User: darlene          Page 1 of 2          Date Rcvd: Nov 01, 2010
Case: 10-03326               Form ID: b9a            Total Noticed: 50
```

The following entities were noticed by first class mail on Nov 03, 2010.
```
db/jdb     +Roy M. Compton, III,   Amy N. Compton,   P.O. Box 4249,   Kailua-Kona, HI 96745-4249
aty        +Lisa M. Volquardsen,   Lisa M. Volquardsen, Esq, LLLC,   75-5706 Hanama Place, Suite 102,
            Kailua-Kona, HI 96740-1713
1051554    +Allgate Financial LLC,   707 Skokie Blvd Ste 375,   Northbrook, IL 60062-2882
1051555    +AmerCommSys,   4670 North Elcapit Suite 209,   Fresno, CA 93722-3948
1051556    +Barclays Bank (Juniper),   PO Box 8803,   Wilmington, DE 19899-8803
1051559    +CAP ONE NA,   6200 CHEVY CHASE DR,   LAUREL, MD 20707-2968
1051560    +CCS/Cortrust Bank,   500 E 60th St N,   Sioux Falls, SD 57104-0478
1051561    +CCS/First National Ban,   500 E 60th St N,   Sioux Falls, SD 57104-0478
1051557   ++COLLECT AMERICA LTD,   4340 S MONACO PKWY,   2ND FL,   DENVER CO 80237-3408
            (address filed with court:  Cach, LLC,   370 17th Street, Suite 5000,   Denver, CO 80202)
1051564    +Credit Bureau Service,   120 Calle Inglesia,   San Clemente, CA 92672-7543
1051566    +EAF LLC,   1120 WEST LAKE CO SUITE B,   BUFFALO GROVE, IL 60089-1970
1051570     GEMB/GE Money Bank Low,   PO Box 103065,   Roswell, GA 30076
1051575    +GOLDEN STATE CREDIT SV,   280 N BENSON AVE STE 6,   UPLAND, CA 91786-5652
1051574    +Gentle Dental,   75-1028 Henry Street, Ste. 203,   Kailua-Kona, HI 96740-1693
1051580    +HSBC/MS,   PO BOX 3425,   BUFFALO, NY 14240-3425
1051582    +LEASE FINANCE GROUP LLC,   233 N MICHIGAN AVE STE 1,   CHICAGO, IL 60601-5502
1051583    +Lockaway Storage,   1137 S. San Jacinto,   San Jacinto, CA 92583-4620
1051584    +MEDICREDIT,   1801 CALIFORNIA AV,   CORONA, CA 92881-7251
1051587    +PACIFIC MONARCH RESORT,   23091 MILL CREEK DR,   LAGUNA HILLS, CA 92653-1258
1051588    +PORTFOLIO,   120 CORPORATE BLVD, STE 100,   NORFOLK, VA 23502-4962
1051589    +PORTFOLIO RECVRY&AFFIL,   120 CORPORATE BLVD STE 1,   NORFOLK, VA 23502-4962
1051593    +SWISS COLONY INC,   1112 7TH AVE,   MONROE, WI 53566-1364
1051592    +State of Hawaii,   Department of Taxation,   75 Aupuni Street #101,   Hilo, HI 96720-4245
1051594     Systems Services Technologies,   4315 Pickett Road,   P.O. Box 801997,
            Kansas City, MO  64180-1997
1051599    +WEBBANK/DFS,   1 DELL WAY,   ROUND ROCK, TX 78682-7000
```

The following entities were noticed by electronic transmission on Nov 02, 2010.
```
tr          EDI: BDCFARMER.COM Nov 02 2010 00:43:00   David C. Farmer,
            David C. Farmer Attorney at Law LLLC,   P.O. Box 4379,   Honolulu, HI  96812-4379
1051563     EDI: CHRYSLER.COM Nov 02 2010 00:43:00   CHRYSLER FINANCIAL,   5225 CROOKS RD STE 140,
            TROY, MI 48098
1051558    +EDI: CAPITALONE.COM Nov 02 2010 00:38:00   Cap One,   PO Box 85520,   Richmond, VA 23285-5520
1051562    +EDI: CHASE.COM Nov 02 2010 00:43:00   Chase,   PO Box 15298,   Wilmington, DE 19850-5298
1051565    +EDI: CMIGROUP.COM Nov 02 2010 00:38:00   Credit Management LP,   4200 International Pkwy,
            Carrollton, TX 75007-1912
1051567    +EDI: AMINFOFP.COM Nov 02 2010 00:43:00   First Premier Bank,   601 S Minnesota Ave,
            Sioux Falls, SD 57104-4868
1051568    +EDI: FORD.COM Nov 02 2010 00:43:00   Ford Motor Credit,   POB 542000,   Omaha, NE 68154-8000
1051569    +EDI: RMSC.COM Nov 02 2010 00:38:00   GEMB/Chevron,   4125 Windward Plz,
            Alpharetta, GA 30005-8738
1051571    +EDI: RMSC.COM Nov 02 2010 00:38:00   GEMB/JCP,   PO BOX 981402,   EL PASO, TX 79998-1402
1051572    +EDI: RMSC.COM Nov 02 2010 00:38:00   GEMB/RITZ CAMERA,   PO BOX 981439,
            EL PASO, TX 79998-1439
1051573    +EDI: RMSC.COM Nov 02 2010 00:38:00   GEMB/WALMART,   PO BOX 981400,   EL PASO, TX 79998-1400
1051576    +EDI: HFC.COM Nov 02 2010 00:38:00   HSBC BANK,   PO BOX 5253,   CAROL STREAM, IL 60197-5253
1051577    +EDI: HFC.COM Nov 02 2010 00:38:00   HSBC NV,   PO BOX 5253,   CAROL STREAM, IL 60197-5253
1051578    +EDI: HFC.COM Nov 02 2010 00:38:00   HSBC/GOTTS,   P O BOX 703,   WOOD DALE, IL 60191-0703
1051579    +EDI: HFC.COM Nov 02 2010 00:38:00   HSBC/HLZBG,   1405 FOULK ROAD,   WILMINGTON, DE 19803-2769
1051581    +EDI: IRS.COM Nov 02 2010 00:43:00   Internal Revenue Service,   Fresno IRS Center,
            5045 E Butler Ave,   Fresno, CA 93888-7700
1051586    +EDI: MID8.COM Nov 02 2010 00:43:00   MIDLAND CREDIT MGMT,   8875 AERO DR,
            SAN DIEGO, CA 92123-2251
1051586    +EDI: CITICORP.COM Nov 02 2010 00:43:00   OFFICE DEPOT/CSBD,   PO BOX 6497,
            SIOUX FALLS, SD 57117-6497
1051589    +EDI: PRA.COM Nov 02 2010 00:43:00   PORTFOLIO RECVRY&AFFIL,   120 CORPORATE BLVD STE 1,
            NORFOLK, VA 23502-4962
1051590    +EDI: PHINRJMA.COM Nov 02 2010 00:43:00   RJM ACQ LLC,   575 UNDERHILL BLVD SUITE 224,
            SYOSSET, NY 11791-3416
1051591    +EDI: SEARS.COM Nov 02 2010 00:38:00   SEARS/CBSD,   PO BOX 6189,   SIOUX FALLS, SD 57117-6189
1051595    +EDI: WTRRNBANK.COM Nov 02 2010 00:43:00   TARGET N.B.,   PO BOX 673,
            MINNEAPOLIS, MN 55440-0673
1051596    +EDI: CITICORP.COM Nov 02 2010 00:43:00   THD/CBSD,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
1051597    +EDI: WTRRNBANK.COM Nov 02 2010 00:43:00   TNB - TARGET,   PO BOX 673,
            MINNEAPOLIS, MN 55440-0673
1051598    +EDI: AFNIVZWIRE.COM Nov 02 2010 00:43:00   VERIZON WIRELESS,   15900 SE EASTGATE WAY,
            BELLEVUE, WA 98008-5757
1051600    +EDI: WFFC.COM Nov 02 2010 00:43:00   Wells Fargo,   P.O. Box 10335,   Des Moines, IA 50306-0335
                                                                                    TOTAL: 26
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

U.S. Bankruptcy Court - Hawaii  #10-03326   Dkt # 6   Filed 11/03/10   Page 3 of 4

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 03, 2010**                **Signature:**      *Joseph Speetjens*